**Order entered August 19, 2022**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-22-00638-CV

## TITO E. MARRERO, Appellant

### V.

## BANK OF AMERICA CORPORATION, ET AL., Appellees

### On Appeal from the 193rd Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. DC-21-14549

## ORDER

It has come to the Court's attention that appellee Citywide Community Development Corporation has a bankruptcy case pending. This automatically suspends further action in this appeal. *See* TEX. R. APP. P. 8.2.

Accordingly, we **ABATE** this appeal. It may be reinstated on prompt motion by any party complying with Rule 8.3 and specifying what further action, if any, is required from this Court. *See id.* 8.3.

/s/    CRAIG SMITH
         JUSTICE